IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No: 0:18-cv-01092

---

Richard P. Heine,

          Plaintiff,

vs.

American Family Mutual
Insurance Company,

          Defendant.

---

### NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Defendant American Family Mutual Insurance Company hereby gives notice of the removal of the above-captioned action to the United States District Court for the District of Minnesota, and in support of the Notice of Removal states as Follows:

1. Plaintiff Richard P. Heine commenced an action against Defendant American Family Mutual Insurance Company, by service of the summons and complaint, entitled *Heine v. American Family* ("the State Action).

2. The summons and complaint in the state action were served on or about March 27, 2018 and filed in St. Louis County District Court on April 24, 2018. Copies of all process, pleadings, and orders served on Defendant in the State Action are attached as **Exhibit 1** to this Notice of Removal.

3. The United States District Court for the District of Minnesota has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441 because the matter in controversy is between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

4. According to the complaint in the State Action, Plaintiff is a resident of St. Louis County, Minnesota. Plaintiff is a resident and citizen of Minnesota.

5. Defendant is an insurance company incorporated in Wisconsin and with a principal place of business in Wisconsin. Defendant is a citizen of Wisconsin.

6. According to the complaint in the State Action, Plaintiff is seeking damages related to alleged personal injuries in excess of $75,000.  Under 28 U.S.C. § 1446(c)(2)(A)(ii), Plaintiff's claim for damages in excess of $75,000 meets the amount-in-controversy requirement. (*See* Compl. ¶ 28).

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed within 30 days after service of the Summons and Complaint on Defendant.

8. The United States District Court for the District of Minnesota is the District Court for the district embracing the entire state of Minnesota, where the State Action is currently pending.  *See* U.S.C. § 103.  Venue is therefore proper in this district pursuant to 28 U.S.C. § 1446(d).

9. According to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff and will be filed with the Court Administrator for St. Louis County District Court, Sixth Judicial District, following the filing of this notice, together with a Notice of Filing of Notice of Removal.

10. Defendant has filed a Civil Cover Sheet and paid the required filing fee.

11. Defendant has good and sufficient defense to this action.

12. Defendant makes no admission of liability by the Notice and expressly reserves the rights to raise all defenses and objections to Plaintiff's claims after the action is removed to the United States District Court for the District of Minnesota, including, without limitation, any objections to the merits and sufficiency of Plaintiff's pleadings.

WHEREFORE, Defendant requests that the State Action, now pending in St. Louis County District Court, Sixth Judicial District in the State of Minnesota, be removed to the United States District Court for the District of Minnesota.

**MARK K. HELLIE, ATTORNEY AT LAW**

Dated: April 24, 2018

*s/ Mark K. Hellie*
Mark K. Hellie
MN Attorney ID #0346251
Attorney for American Family
6131 Blue Circle Drive
Eden Prairie, MN 55343
T: (952) 933-9753, ext. 62183
F: (866) 294-7468
E: mhellie@amfam.com

3